# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-02492-LTB-PAC

JAMES E. HURLEY,
        Plaintiff,

v.

J.L. NORWOOD,
        Defendant.

_____

# ORDER
_____

      This 28 U.S.C. § 2241 matter is before me on the Recommendation of the Magistrate Judge that the Applicant's motion under Rule 70 F.R.C.P. for the Court to Appoint an Appropriate Individual to Reconsider Applicant's CCC Placement filed June 27, 2005 be denied. The Magistrate Judge also ordered that Applicant's Motion for Leave to Take Depositions under Rule 27(b) F.R.C.P. filed June 6, 2005 be denied and ordered that Applicant's June 23, 2005 letter to the Chief Judge Requesting a Ruling on Applicant's Motion for Leave to Take Depositions Under Rule 27(b) F.R.C.P. filed June 23, 2005 is denied as moot. The recommendation was issued and served on September 1, 2005. Applicant has filed no timely response to the recommendation. Therefore, Applicant is barred from *de novo* review. Accordingly

      IT IS ORDERED that Applicant's Motion under Rule 70 F.R.C.P. for the Court to Appoint an Appropriate Individual to Reconsider Applicant's CCC Placement is DENIED.

                                                            BY THE COURT:

                                                           s/Lewis T. Babcock
DATED: September 21, 2005                        Lewis T. Babcock, Chief Judge